✑ PS 8
(Rev. DSC 09/20)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v.   Felicia Lyles                                             Docket No.   2:22CR00293-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   LaSheika S. VanDyke  , U.S. Probation Officer, presenting an official report upon the conduct of defendant,   Felicia Lyles  , who was placed under pretrial release supervision by the Honorable   Mary Gordon Baker, U.S. Magistrate Judge   sitting in the court at   Charleston   on the   27th   day of   April  , 20 22   under the following conditions:

Please see attached Order Setting Conditions of Release

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation Number 1: Failure to Comply with the Location Monitoring Program** - The location monitoring center reported the following violations:

| Date | Approved Schedule | Time Out | Time In | Violation |
| --- | --- | --- | --- | --- |
| May 1, 2022 | No approved schedule. | 7:03pm | 7:10pm | 7 minutes |
| | | 7:14pm | 7:43pm | 20 minutes |
| May 3, 2022 | 12:00pm – 5:30pm | 10:43am | 4:11pm | 1 hour 17 minutes |
| May 16, 2022 | 8:00am – 4:00pm | 10:00am | 4:57pm | 57 minutes |
| May 17, 2022 | 1:00pm – 1:15pm | 1:45pm | 1:53pm | 8 minutes |

Additionally on May 16, 2022, the defendant had approved schedules to purchase uniforms, attend an optical appointment, go to the bank, and receive vehicle maintenance at Baker Infiniti Charleston. The defendant provided a receipt from Baker Infiniti Charleston verifying rendered services. On May 19, 2022, only after being questioned by the probation officer about additional whereabouts on May 16, 2022, the defendant admitted to deviating from her approved schedule. To wit, while waiting for her vehicle to be serviced at Baker Infiniti Charleston, she walked to Rick Hendrick BMW and purchased a vehicle. The defendant has provided copies of an Affidavit & Notification of Sale of Motor Vehicle and S.C. Document of Registration from the S.C. Department of Motor Vehicles, both confirming a purchase and issuance date of May 16, 2022. This was not a location monitoring activity pre-approved by the probation office.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Felicia Lyles, to be brought before the U.S. Magistrate Judge, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

☒ **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**
☒ **No Bond to be Set**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| --- | --- |
| Considered and ordered this   19th   day of   May  , 20 22   and ordered filed and made a part of the records in the above case. | Executed on   May 19, 2022 |
| *Bruce H. Hendricks* | *LaSheika S. VanDyke* |
| Bruce H. Hendricks, U.S. District Judge | LaSheika S. VanDyke, U.S. Probation Officer |
| | Place   Charleston |