IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHALESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:22-cr-00293-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA LYLES | ) | **ORDER** |
| a/k/a Felicia Lylless | ) | |

This matter comes before the Court on the consent motion of the United States of America for an Order authorizing and ordering the Clerk, United States District Court, to accept payment of funds submitted on behalf of the Defendant, Felicia Lyles, after sentencing.

IT IS THEREFORE ORDERED THAT:

The Clerk, United States District Court, is hereby authorized and ordered to accept payment of funds submitted on behalf of the Defendant, Felicia Lyles, after sentencing.

IT IS FURTHER ORDERED THAT:

The Clerk, United States District Court, shall hold the funds submitted on behalf of the Defendant, Felicia Lyles, until further order of the Court directing disbursement of said funds. AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks
_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
December 18, 2023